IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JENNIFER SALMONS,

        Plaintiff,

v.                          CIVIL ACTION NO.   3:18-1475

WESTERN REGIONAL JAIL;
SHANNON DILLON;
KENDRA RICHARDSON; and
STEVEN YOUNG,

        Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court grant Defendants Richardson, Dillon, and Young's Motion to Dismiss Complaint and Alternative Motion for Summary Judgment (ECF No. 42), dismiss Plaintiff's Amended Complaint (ECF No. 17) as to all Defendants, and remove this matter from the Court's docket. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **GRANTS** Defendants Richardson, Dillon, and Young's Motion to Dismiss Complaint and Alternative Motion for Summary Judgment (ECF No. 42), **DISMISSES**

Plaintiff's Amended Complaint (ECF No. 17) as to all Defendants, and **REMOVES** this matter from the Court's docket, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

    ENTER:    June 3, 2020

    _____
    ROBERT C. CHAMBERS
    UNITED STATES DISTRICT JUDGE